UNITED STATES BANKRUTPCY COURT
DISTRICT OF NEW JERSEY

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Isabel C. Balboa, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Order Filed on November 2, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

DEBORAH A. MATZ

Case No: 15-29904 (JNP)

Hearing Date: October 28, 2016 at 10:00 a.m.

Judge: Jerrold N. Poslusny, Jr.

Chapter:   13

Recommended Local Form:   ☐ Followed   ☒ Modified

# ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following pages number two (2) through (3) is hereby **ORDERED**.

**DATED: November 2, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having considered the motion or certification of Isabel C. Balboa, Chapter 13 Standing Trustee, and any objections filed, it is hereby

ORDERED that:

- ☐ The debtor(s)' case is hereby DISMISSED.

- ☒ The debtor(s)' plan is allowed to continue at the regular monthly payment of $616.00 for a period of 48 months. If the debtor(s) should fail to make any future Chapter 13 plan payment for a period of more than thirty (30) consecutive days, the Trustee shall file a Certification of Default with notice of said Certification to the debtor(s) and debtor(s)' attorney, if any, and the court shall enter an Order dismissing the debtor(s)' case.

- ☐ An Order to Employer to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Order.

- ☐ Other:

    - ☒ IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 349(b), this Court for cause retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

    - ☒ IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with the arrears being capitalized through the debtor(s)' plan, and the plan shall continue at $3,846.00 which represents total receipts applied to plan.

2

- ❏ IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with a lump sum payment of $____ due within ____ days from the date of this Order.

- ❏ IT IS FURTHER ORDERERED that if the debtor(s)' instant Chapter 13 case is dismissed, such dismissal shall be with prejudice and the debtor(s) shall be barred from filing for Chapter 13 bankruptcy protection for a period of _____ from the date of dismissal of debtor(s)' case.

- ❏ IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with tier payments of _____.

- ☒ This order incorporates a fee application for debtor(s)' attorney in the amount of $1,226.00 pending Court approval.

- ☒ A status hearing shall be held on January 27, 2017 at 10:00 a.m.

- ❏ _____.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-29904-JNP
Deborah A. Matz                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1              Date Rcvd: Nov 02, 2016
                                Form ID: pdf903          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2016.
db            Deborah A. Matz,    502 Terrace Ave,   Berlin, NJ  08009-9316
aty          +Dana Taschner,    2029 Century Park East,    Suite 400,   Los Angeles, CA 90067-2905
aty          +David Kuttles,    The Lanier Law Firm, PLLC,   126 East 56th Street,    6th Floor,
               New York, NY 10022-3087

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-6TT
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Robert P. Saltzman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-10TT
               dnj@pbslaw.org
              Ronald E. Norman    on behalf of Debtor Deborah A. Matz ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;gl4985@notify.cincompass.com
                                                                                             TOTAL: 5