UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Ronald E. Norman, LLC
Ronald E. Norman, Esquire
Washington Professional Campus, II
901 Route 168, Suite 407A
Turnersville, NJ 08012
(856)374-3100

Order Filed on November 16, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:
Deborah A. Matz

Case No.: 15-29904

Chapter: 13

Judge: JNP

## ORDER AUTHORIZING RETENTION OF

Lezzlie E. Hornsby, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: November 16, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Lezzlie E. Hornsby, Esq._____
as _____Special Counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  Clark, Love & Hutson, GP
   440 Louisiana Street, Suite 1600
   Houston, TX 77002

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☒ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☒ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-29904-JNP
Deborah A. Matz                                                     Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Nov 16, 2016
                                 Form ID: pdf903          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2016.
db          Deborah A. Matz,    502 Terrace Ave,    Berlin, NJ   08009-9316
aty        +Dana Taschner,    2029 Century Park East,    Suite 400,    Los Angeles, CA 90067-2905
aty        +David Kuttles,    The Lanier Law Firm, PLLC,    126 East 56th Street,    6th Floor,
             New York, NY 10022-3087
aty        +Lezzlie E. Hornsby,    Clark, Love & Hutson, GP,    440 Louisiana Street,    Suite 1600,
             Houston, TX 77002-1638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
         as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-6TT
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
        Robert P. Saltzman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
         as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-10TT
         dnj@pbslaw.org
        Ronald E. Norman    on behalf of Debtor Deborah A. Matz ronaldenorman@comcast.net,
         dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
                                                                                                                                                                          TOTAL: 5