UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Ronald E Norman, LLC
Washington Professional Campus II
901 Route 168, Suite 407A
Turnersville, NJ 08012
(856) 374-3100

Order Filed on December 8, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Deborah A. Matz

Case No.: 15-29904

Chapter: 13

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 8, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Ronald E. Norman_____, the applicant, is allowed a fee of $ _____1,100.00_____ for services rendered and expenses in the amount of $_____30.00_____ for a total of $_____1,130.00_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

# ADDENDUM TO ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

**IT IS FURTHER ORDERED** that the Supplemental Chapter 13 Fees are reduced for the following reason(s):

☐ The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows for Additional court appearances - Not to exceed three.

☐ The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows $300 for filing and appearance on a modified Chapter 13 Plan, not $300 for each action.

☒ The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows $100 for Preparation and filing of Amendments to Schedules D, E, F, G, H $100.00 or List of Creditors, not $100 each.

☐ The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows $100 for preparation and filing of other amended schedules such as Schedules I and J, not for $100.00 each.