| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Law Office of<br>Ronald E Norman, LLC<br>901 Route 168, Suite 407A<br>Turnersville, NJ 08012<br>856-374-3100<br>rnorman@rnormanlaw.com | |
| In Re:<br><br>Deborah A. Matz | Case No.:          15-29904<br><br>Judge:          _____JNP_____<br><br>Chapter:          13 |

# CHAPTER 13 DEBTOR=S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1. ☒ Motion for Relief from the Automatic Stay filed by WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST,, creditor,

    A hearing has been scheduled for __1/3/17___, at __10:00 a.m._ ___.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by __Chapter 13 Trustee_____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (**choose one**):

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

I disagree with the post-petition payment history provided by my mortgage company. I am working on getting together my bank records to show proof of payment.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: __12/14/16	_/s/ Deborah A. Matz _____
	Debtor=s Signature

Date: __	_/s/ _____
	Debtor=s Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*