| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>Sentry Office Plz<br>216 Haddon Ave.,Suite 406<br>Westmont, NJ 08018<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>Wilmington Savings Fund Society, d/b/a Christiana Trust, as Trustee for BCAT 2014-6TT | |
| In Re:<br><br>Deborah A. Matz,<br><br>Debtor. | Case No.: 15-29904-JNP<br><br>Adv. No.: <br><br>Chapter: 13<br><br>Hearing Date: 1/3/2017<br><br>Judge: Poslusny |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Denise Carlon, Esq.__,

   ☒   am the attorney for: __Wilmington Savings, et al__

   ☐   am self-represented

   Phone number: __201-549-2363__

   Email address: __dcarlon@kmllawgroup.com__

2. I request an adjournment of the following hearing:

   Matter: __Motion for Relief from Stay (#75 on the docket)__

   Current hearing date and time: __1/3/2017__

   New date requested: __1/24/2017__

   Reason for adjournment request: __To allow the parties more time to resolve this matter.__

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 12/27/2016 _____     /s/ Denise Carlon _____
                                     Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: ___1/24/17 AT 10___      ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*