LAW OFFICE OF RONALD E. NORMAN, LLC
WASHINGTON PROFESSIONAL CAMPUS, II
901 ROUTE 168, SUITE 407A
TURNERSVILLE, NJ 08012
Attorney for Debtor

**Order Filed on January 19, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: Deborah A. Matz | )CASE NO.: 15-29904/JNP |
| | ) |
| DEBTOR(S) | )CHAPTER 13 |
| | ) |

### ORDER AUTHORIZING COMPENSATION OF FEES AND COSTS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: January 19, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Deborah A. Matz
Case No. 15-29904/JNP
Caption of Order: Order Authorizing Compensation of Fees and Costs
_____

**THIS MATTER** having been brought before the Court by Ronald E. Norman, Esquire, attorney for Debtor, for an Application for Allowance of Compensation and Reimbursement of Expenses for Special Counsel pursuant to 11 U.S.C. Section 326;

**ORDERED AND DIRECTED** that reasonable compensation for actual and necessary fees and expenses incurred are hereby awarded or allowed under 11 U.S.C. 330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANTS | FEES & EXPENSES |
|---|---|
| Dana B. Taschner, Esquire | Fees: $1,800.36 |