Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−29904−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Deborah A. Matz
  aka Debbie Lewellen, aka DEBBIE MATZ,
  aka Deborah A. Lewellen
  502 Terrace Ave
  Berlin, NJ 08009−9316

Social Security No.:
  xxx−xx−1215

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on January 19, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 93 − 78
Order Granting Application For Compensation for Lezzlie Hornsby, Special Counsel, fees awarded: $3599.64, expenses awarded: $0.00 (Related Doc # 78). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/19/2017. (cmf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 19, 2017
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Deborah A. Matz
       Debtor

Case No. 15-29904-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 19, 2017
                        Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2017.
sp          +Lezzlie Hornsby,   Clark, Love & Hutson, G.P.,    440 Louisiana Street, Suite 1600,
               Houston, TX 77002-1638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
          as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-6TT
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
         Robert P. Saltzman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
          as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-10TT
          dnj@pbslaw.org
         Ronald E. Norman    on behalf of Spec. Counsel Dana  Taschner ronaldenorman@comcast.net,
          dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
         Ronald E. Norman    on behalf of Debtor Deborah A. Matz ronaldenorman@comcast.net,
          dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
         Ronald E. Norman    on behalf of Spec. Counsel David  Kuttles ronaldenorman@comcast.net,
          dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
         Ronald E. Norman    on behalf of Spec. Counsel Lezzlie  Hornsby ronaldenorman@comcast.net,
          dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
         Ronald E. Norman    on behalf of Spec. Counsel Aimee  Wagstaff ronaldenorman@comcast.net,
          dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
                                                                                         TOTAL: 9