LAW OFFICE OF RONALD E. NORMAN, LLC
WASHINGTON PROFESSIONAL CAMPUS, II
901 ROUTE 168, SUITE 407A
TURNERSVILLE, NJ 08012
Attorney for Debtor

**Order Filed on January 19, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE: Deborah A. Matz                    )CASE NO.: 15-29904/JNP
                                          )
        DEBTOR(S)                         )CHAPTER 13
                                          )

---

### ORDER AUTHORIZING COMPENSATION OF FEES AND COSTS

The relief set forth on the following pages, numbered two (2) through two (2)
is hereby **ORDERED.**

**DATED: January 19, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Deborah A. Matz
Case No. 15-29904/JNP
Caption of Order: Order Authorizing Compensation of Fees and Costs

---

**THIS MATTER** having been brought before the Court by Ronald E. Norman, Esquire,

attorney for Debtor, for an Application for Allowance of Compensation and

Reimbursement of Expenses for Special Counsel pursuant to 11 U.S.C. Section 326;

**ORDERED AND DIRECTED** that reasonable compensation for actual and necessary

fees and expenses incurred are hereby awarded or allowed under 11 U.S.C. 330(a), 503(b)(2) or

503(b)(4), as follows:

|  APPLICANTS | FEES & EXPENSES |
|---|---|
| Lezzlie E. Hornsby, Esquire<br>and Clark, Love & Hutson, G.P. | Fees:   $3,599.64 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-29904-JNP
Deborah A. Matz                                                                 Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jan 19, 2017
                             Form ID: pdf903           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2017.
db              Deborah A. Matz,     502 Terrace Ave,    Berlin, NJ  08009-9316
aty             +Aimee H. Wagstaff,    Andrus Wagstaff, PC,     7171 West Alaska Drive,    Lakewood, CO 80226-3216
aty             +Dana Taschner,    2029 Century Park East,     Suite 400,    Los Angeles, CA 90067-2905
aty             +David Kuttles,     The Lanier Law Firm, PLLC,     126 East 56th Street,    6th Floor,
                 New York, NY 10022-3087
aty             +Lezzlie E. Hornsby,     Clark, Love & Hutson, GP,     440 Louisiana Street,    Suite 1600,
                 Houston, TX 77002-1638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                          Signature:  /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
           as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-6TT
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Robert P. Saltzman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
           as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-10TT
           dnj@pbslaw.org
          Ronald E. Norman    on behalf of Spec. Counsel Lezzlie  Hornsby ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
          Ronald E. Norman    on behalf of Spec. Counsel Aimee  Wagstaff ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
          Ronald E. Norman    on behalf of Spec. Counsel Dana  Taschner ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
          Ronald E. Norman    on behalf of Debtor Deborah A. Matz ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
          Ronald E. Norman    on behalf of Spec. Counsel David  Kuttles ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
                                                                                              TOTAL: 9