LAW OFFICE OF RONALD E. NORMAN, LLC
WASHINGTON PROFESSIONAL CAMPUS, II
901 ROUTE 168, SUITE 407A
TURNERSVILLE, NJ 08012
Attorney for Debtor

Order Filed on January 19, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE: Deborah A. Matz                )CASE NO.: 15-29904/JNP
                                      )
     DEBTOR(S)                        )CHAPTER 13
                                      )

**ORDER AUTHORIZING COMPENSATION OF FEES AND COSTS**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: January 19, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Deborah A. Matz
Case No. 15-29904/JNP
Caption of Order: Order Authorizing Compensation of Fees and Costs
_____

**THIS MATTER** having been brought before the Court by Ronald E. Norman, Esquire, attorney for Debtor, for an Application for Allowance of Compensation and Reimbursement of Expenses for Special Counsel pursuant to 11 U.S.C. Section 326;

**ORDERED AND DIRECTED** that reasonable compensation for actual and necessary fees and expenses incurred are hereby awarded or allowed under 11 U.S.C. 330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANTS | FEES & EXPENSES |
|---|---|
| Aimee Wagstaff, Esquire and Andrus Wagstaff, PC. | Fees:   $3,599.64 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 15-29904-JNP
Deborah A. Matz                                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                  Page 1 of 1            Date Rcvd: Jan 19, 2017
                               Form ID: pdf903              Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2017.
db              Deborah A. Matz,    502 Terrace Ave,    Berlin, NJ  08009-9316
aty            +Aimee H. Wagstaff,    Andrus Wagstaff, PC,    7171 West Alaska Drive,    Lakewood, CO 80226-3216
aty            +Dana Taschner,    2029 Century Park East,    Suite 400,    Los Angeles, CA 90067-2905
aty            +David Kuttles,    The Lanier Law Firm, PLLC,    126 East 56th Street,    6th Floor,
                 New York, NY 10022-3087
aty            +Lezzlie E. Hornsby,    Clark, Love & Hutson, GP,    440 Louisiana Street,    Suite 1600,
                 Houston, TX 77002-1638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-6TT
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Robert P. Saltzman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-10TT
               dnj@pbslaw.org
              Ronald E. Norman    on behalf of Spec. Counsel Lezzlie  Hornsby ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
              Ronald E. Norman    on behalf of Spec. Counsel Aimee  Wagstaff ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
              Ronald E. Norman    on behalf of Spec. Counsel Dana  Taschner ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
              Ronald E. Norman    on behalf of Debtor Deborah A. Matz ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
              Ronald E. Norman    on behalf of Spec. Counsel David  Kuttles ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
                                                                                             TOTAL: 9