UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Ronald E Norman, LLC
Washington Professional Campus II
901 Route 168, Suite 407A
Turnersville, NJ 08012
(856) 374-3100

Order Filed on December 13, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Deborah Matz

Case No.: 15-29904

Chapter: 13

Judge: Jerrold N. Poslusny, Jr.

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 13, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Ronald E. Norman _____, the applicant, is allowed a fee of $ _____ 800.00 _____ for services rendered and expenses in the amount of $_____ 0.00 _____ for a total of $_____ 800.00 _____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ 685 _____ per month for ___ 34 more ___ months to allow for payment of the above fee.

*rev.8/1/15*

Case 15-29904-JNP    Doc 110-1    Filed 12/05/17    Entered 12/05/17 46:52:39    Desc Main
Proposed Order    Page 2 of 2