UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Ronald E Norman, LLC
Washington Professional Campus II
901 Route 168, Suite 407A
Turnersville, NJ 08012
(856) 374-3100

Order Filed on May 11, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Deborah A. Matz

Case No.: 15-29904

Chapter: 13

Judge: JNP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 11, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Ronald E. Norman_____, the applicant, is allowed a fee of $ ____400.00____ for services rendered and expenses in the amount of $____0.00____ for a total of $____400.00____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 15-29904-JNP
Deborah A. Matz                                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 1           Date Rcvd: May 11, 2018
                              Form ID: pdf903            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
db              Deborah A. Matz,    502 Terrace Ave,    Berlin, NJ   08009-9316
aty            +Aimee H. Wagstaff,    Andrus Wagstaff, PC,    7171 West Alaska Drive,    Lakewood, CO 80226-3216
aty            +Dana Taschner,    2029 Century Park East,    Suite 400,    Los Angeles, CA 90067-2905
aty            +David Kuttles,    The Lanier Law Firm, PLLC,    126 East 56th Street,    6th Floor,
                 New York, NY 10022-3087

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: lhornsby@triallawfirm.com May 11 2018 23:57:16      Lezzlie E. Hornsby,
                 Clark, Love & Hutson, GP,    440 Louisiana Street,    Suite 1600,    Houston, TX 77002-1060
                                                                                             TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-6TT
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Robert P. Saltzman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-10TT
               dnj@pbslaw.org
              Ronald E. Norman    on behalf of Spec. Counsel Lezzlie  Hornsby ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Ronald E. Norman    on behalf of Spec. Counsel Aimee  Wagstaff ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Ronald E. Norman    on behalf of Spec. Counsel Dana  Taschner ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Ronald E. Norman    on behalf of Debtor Deborah A. Matz ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Ronald E. Norman    on behalf of Spec. Counsel David  Kuttles ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
                                                                                             TOTAL: 9