UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stern & Eisenberg, P.C.
1040 N Kings Highway
Suite 407
Cherry Hill, NJ  08034
Phone: (609)-397-9200
Fax: (856) 667-1456

In Re:

Deborah A. Matz

Case No.: _____15-29904-JNP_____

Chapter: _____13_____

Hearing Date: _____07/17/2018_____

Judge: _____Jerrold N. Poslusny Jr._⊞_

## ADJOURNMENT REQUEST FOR CHAPTER 13

1.      I, _Steven P Kelly, Esquire_____ ,

   ☒      am the attorney for: _WILMINGTON SAVINGS FUND SOCIETY, FSB, doing_⊞_

   ☐      am self-represented

   Phone number: _215-572-8111_____

   Email address: _skelly@sterneisenberg.com_____

2.      I request an adjournment of the following hearing:

   Matter: _Motion for Relief_____

   Current hearing date and time: _07/17/2018 at 10:00AM_____

   New date requested: _8/14/2018 10:00AM_____

   Reason for adjournment request: _With consent we kindly request 30 days; parties to_____

   _seek resolution of issues._____

3.    I request an adjournment of confirmation:

Current confirmation date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

Confirmation has been adjourned _____ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.    Consent to adjournment:

☒ I have the consent of all parties.     ☐ I do not have the consent of all parties (explain

below): _____

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: 07/13/2018 _____          /s/ Steven P Kelly _____
                                          Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: 8/14/18 at 10 am _____        ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic
filers of the new hearing date.**