| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br><br><br><br>In Re: |

Case No.:  _____

Chapter:              13

Hearing Date:  _____

Judge:              _____

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____,

   ☐    am the attorney for: _____

   ☐    am self-represented

   Phone number: _____

   Email address: _____


2. I request an adjournment of the following hearing:

   Matter: _____

   Current hearing date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☐ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: _____    _____
                                           Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☐ Granted        New hearing date: _____        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

If there are any further adjournment request than a status letter must be supplied.