UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

STEVEN KELLY, ESQUIRE
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407,
Cherry Hill, New Jersey 08034
Telephone: (609) 397-9200
FACSIMILE: (856) 667-1456
(COUNSEL FOR MOVANT)

**Order Filed on January 30, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:
Deborah A. Matz
        Debtor
--------------------------------------------------
Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-6TT
    Creditor/Movant
v.
Isabel C. Balboa
    (Respondents)

Case Number: 15-29904-JNP

Chapter: 13

Hearing:
Judge: Jerrold S. Poslusny, Jr.

ORDER APPROVING STIPULATION/CONDITIONAL ORDER SETTLING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: January 30, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

MFR – APO/STIP BF

(page 2)
Debtor: Deborah A. Matz
Case Number: 15-29904-JNP
Caption of Order:  Order Approving Stipulation/Conditional Order Settling the Motion for Relief from the Automatic Stay

---

Upon the Motion of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-6TT  (Creditor) through its Counsel Stern & Eisenberg PC, attorneys for secured creditor, under Bankruptcy Code (section 362(d), et al.)  for relief from the automatic stay as to certain property, 502 Terrance Avenue, Berlin, NJ 08009 ("Property"), and the entry of the Order settling the Motion for Relief and for cause shown, it is hereby ORDERED and DECREED as follows:

1. At the date of this Order, Deborah A. Matz ("Debtor") acknowledges that Debtor is due for the following post-petition regular monthly payments from 03/01/2018-12/01/2018, as follows:
   a. Monthly payments 03/01/2018-07/01/2018 @ $1,563.97/mo          $7,819.85
   b. Monthly payments 08/01/2018-12/01/2018 @ $1,580.71/mo          $7,903.55
   c. Debtor's Suspense Balance..............................................          ($1,499.82)
   d. Attorney's Fees and Costs  .............................................          $1,031.00
   e. Total Arrears as of December 7, 2018 ..............................          $15,254.58

2. Debtor shall cure the Arrears as set forth above by filing an Amended Plan within 30 days incorporating the post-petition delinquency in the amount of $15,254.58.  Debtor agrees to continue regular monthly mortgage payment (currently $1,580.71/month) beginning in January 2019.  In the event the regular monthly payment changes for any reason, then the amount due pursuant to paragraph 2 shall be adjusted accordingly.  Thereafter, Debtor agrees to continue making the regular monthly mortgage payment.

3. Payments due in accordance with this Order shall be due on or before the 1st day of each month.

4. Debtor shall make the regular monthly payments required to the Trustee.

5. All payments due to the Creditor from the Debtor are to be made directly to Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-6TT and making sure that Creditor's loan number appears on all payments.

Debtor: Deborah A. Matz
Case Number: 15-29904-JNP
Caption of Order: Order Approving Stipulation/Conditional Order Settling the Motion for Relief from the Automatic Stay

6. In the event that Movant alleges that Debtor has failed to comply with obligations under paragraph 3-5 of this Consent Order/Stipulation, Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-6TT and/or Counsel may give Debtor and Debtor's counsel notice of the default and if such default is not cured within ten (10) days of said notice, upon certification to the court of such default, and request for Order, with a copy to Debtor and Debtor's counsel, the Court may grant Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-6TT immediate relief from the bankruptcy stay, per the form of attached Order which is made part hereof as Exhibit "A". Debtor shall pay $75.00 for each notice of default issued by Movant as a result of the Debtor's failure to comply with this Consent Order/Stipulation.

7. The failure by the Creditor, at any time, to file a Certification of Default upon default by the Debtor shall not be construed, nor shall such failure act, as a waiver of any of Creditor's rights hereunder.

8. Upon issuance of the aforesaid Order, the parties hereto further agree that Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-6TT may proceed in state court to exercise all rights and remedies available to it as a mortgagee and creditor under state and federal law including, but not limited to, the initiation of and continuation of foreclosure and execution process through sheriff's sale concerning the Property and ejectment thereafter.

9. In the event Debtor converts to a bankruptcy under Chapter 7 of the Bankruptcy Code then Debtor shall pay all pre-petition arrears and post-petition arrears within 10 days from the date the case is converted. If Debtor fails to make payments in accordance with this paragraph then the Creditor, through Counsel, may file a certification setting forth said failure and the Creditor shall be granted immediate relief from the automatic stay and may also request entry of the form of Order attached as Exhibit "A".

_/s/ Ronald E. Norman_____
RONALD E. NORMAN, ESQUIRE


_/s/ Steven Kelly_____
STEVEN KELLY, ESQUIRE
STERN AND EISENBERG, PC

MFR – APO/STIP BF

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

STEVEN KELLY, ESQUIRE
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407,
Cherry Hill, New Jersey 08034
Telephone: (609) 397-9200
FACSIMILE: (856) 667-1456
(COUNSEL FOR MOVANT)

In Re:
Deborah A. Matz
        Debtor
--------------------------------------------------
Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-6TT
    Creditor/Movant
v.
Isabel C. Balboa
    (Respondents)

Case Number: 15-29904-JNP

Chapter: 13

Hearing:
Judge: Jerrold S. Poslusny, Jr.

ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND IN REM RELIEF FOLLOWING
CERTIFICATION OF DEFAULT OF CONDITIONAL ORDER /STIPULATION

    Upon Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-6TT (Creditor) for relief and a Certification of Default having been filed in accordance with the Order/Stipulation Resolving the Motion, it is hereby ORDERED AND DECREED that Movant, Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-6TT (Creditor) (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362, et al. to proceed with its mortgage foreclosure action and Sheriff's Sale (and all other rights under state and federal law) concerning the Property: 502 Terrance venue, Berlin, NJ 08009 ("Property")

    It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

MFR – APO/STIP BF

United States Bankruptcy Court
District of New Jersey

In re:  
Deborah A. Matz  
     Debtor

Case No. 15-29904-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jan 30, 2019  
                  Form ID: pdf903    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2019.
```
db               Deborah A. Matz,    502 Terrace Ave,    Berlin, NJ  08009-9316
aty             +Aimee H. Wagstaff,    Andrus Wagstaff, PC,    7171 West Alaska Drive,    Lakewood, CO 80226-3216
aty             +Dana Taschner,    2029 Century Park East,    Suite 400,    Los Angeles, CA 90067-2905
aty             +David Kuttles,    The Lanier Law Firm, PLLC,    126 East 56th Street,    6th Floor,
                  New York, NY 10022-3087
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             +E-mail/Text: lhornsby@triallawfirm.com Jan 30 2019 23:34:43      Lezzlie E. Hornsby,
                  Clark, Love & Hutson, GP,    440 Louisiana Street,    Suite 1600,    Houston, TX 77002-1060
                                                                                             TOTAL: 1
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-6TT
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Robert P. Saltzman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-10TT
               dnj@pbslaw.org
              Ronald E. Norman    on behalf of Spec. Counsel Lezzlie  Hornsby ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Ronald E. Norman    on behalf of Spec. Counsel Aimee  Wagstaff ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Ronald E. Norman    on behalf of Spec. Counsel Dana  Taschner ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Ronald E. Norman    on behalf of Debtor Deborah A. Matz ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Ronald E. Norman    on behalf of Spec. Counsel David  Kuttles ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Steven P. Kelly    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as
               CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-10TT
               skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as
               CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-6TT
               skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 11
```