Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 15−29904−JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Deborah A. Matz
   aka Debbie Lewellen, aka DEBBIE MATZ,
   aka Deborah A. Lewellen
   502 Terrace Ave
   Berlin, NJ 08009−9316

Social Security No.:
   xxx−xx−1215

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/28/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 28, 2020
JAN: kvr

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 15-29904-JNP
Deborah A. Matz                                                             Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Feb 28, 2020
                              Form ID: 148             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2020.
```
db              Deborah A. Matz,    502 Terrace Ave,    Berlin, NJ 08009-9316
aty            +Aimee H. Wagstaff,    Andrus Wagstaff, PC,    7171 West Alaska Drive,    Lakewood, CO 80226-3216
sp             +Aimee Wagstaff,    Andrus Wagstaff, PC,    7171 West Alaska Drive,    Lakewood, CO 80226-3216
sp             +Dana Taschner,    2029 Century Park East, Suite 400,    Los Angeles, CA 90067-2905
sp             +David Kuttles,    The Lanier Law Firm, PLLC,    126 East 56th Street-6th Floor,
                 New York, NY 10022-3087
cr             +WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine,    c/o Rushmore Loan Management Services LL,
                 15480 Laguna Canyon Road,    Suite 100,    Irvine, CA 92618-2132
516091814       BCAT 2014-6TT,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
516091815      +BCAT 2014-6TT,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826,
                 BCAT 2014-6TT,    c/o Shellpoint Mortgage Servicing 29603-0826
515808367      +CAMDEN COUNTY SPECIAL CIVIL PART,    101 S 5th St,    Camden, NJ 08103-4099
515947863      +Midland Credit Management, Inc. as agent for,    Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
515808379       Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
515847874       Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
515808380       Rushmore Loan Mgmt Ser,    7515 Irvine Center Dr Ste 100,    Irvine, CA 92618-2930
515953055     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695)
515808381       South Jersey Gastroenterolog,    c/o National Recovery Agency,    PO Box 2025,
                 Springfield, MA 01102-2025
516418092      +South Jersey Radiology,    100 Carnie Blvd., Ste B5,    Voorhees, NJ 08043-4572
516646651       Wilmington Savings Fund Society, FSB,,    C/O Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603 - 0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: lhornsby@triallawfirm.com Feb 29 2020 00:21:10     Lezzlie E. Hornsby,
                 Clark, Love & Hutson, GP,    440 Louisiana Street,    Suite 1600,    Houston, TX 77002-1060
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 29 2020 00:20:27     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 29 2020 00:20:25     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
sp             +E-mail/Text: lhornsby@triallawfirm.com Feb 29 2020 00:21:10     Lezzlie Hornsby,
                 Clark, Love & Hutson, G.P.,    440 Louisiana Street, Suite 1600,    Houston, TX 77002-1060
515808366       EDI: IIC9.COM Feb 29 2020 04:53:00      Advocare Gigliotti Family Medi,    c/o IC System,
                 444 Highway 96 E,    Saint Paul, MN 55127-2557
515970625       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 00:17:54
                 Ashley Funding Services LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
515939748       E-mail/Text: bankruptcy@pepcoholdings.com Feb 29 2020 00:20:04     Atlantic City Electric,
                 Pepco Holdings Inc,    5 Collins Drive Suite 2133,    Carneys Point NJ 08069-3600
516418091      +E-mail/Text: bankruptcy@pepcoholdings.com Feb 29 2020 00:20:04     Atlantic City Electric,
                 5 Collins Drive,    Suite 2133,    Carneys Point, NJ 08069-3600
515808369       EDI: CAPITALONE.COM Feb 29 2020 04:53:00      Capital One Bank USA N,    15000 Capital One Dr,
                 Richmond, VA 23238-1119
515808368       EDI: CAPITALONE.COM Feb 29 2020 04:53:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
515839310       EDI: CAPITALONE.COM Feb 29 2020 04:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
515808370       EDI: AGFINANCE.COM Feb 29 2020 04:53:00      Citifinancial/Onemain,    Citifinancial Inc.,
                 PO Box 140489,    Irving, TX 75014-0489
515808371       E-mail/PDF: creditonebknotifications@resurgent.com Feb 29 2020 00:17:17
                 Credit One Bank N.A.,    PO Box 98873,    Las Vegas, NV 89193-8873
515808372      +EDI: AMINFOFP.COM Feb 29 2020 04:53:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
515808373       EDI: IIC9.COM Feb 29 2020 04:53:00      I C System Inc,    PO Box 64378,
                 Saint Paul, MN 55164-0378
515808374       EDI: IRS.COM Feb 29 2020 04:53:00      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
515808375       EDI: MID8.COM Feb 29 2020 04:53:00      Midland Funding,    2365 Northside Dr,
                 San Diego, CA 92108-2709
515808377       E-mail/Text: Bankruptcies@nragroup.com Feb 29 2020 00:21:12     National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
515808378       EDI: AGFINANCE.COM Feb 29 2020 04:53:00      Onemain Fi,    6801 Colwell Blvd,
                 Irving, TX 75039-3198
515955069       EDI: PRA.COM Feb 29 2020 04:53:00      Portfolio Recovery Associates, LLC,
                 c/o One Main Financial,    POB 41067,    Norfolk VA 23541
515981222      +EDI: JEFFERSONCAP.COM Feb 29 2020 04:53:00      Premier Bankcard, LLC,
                 c/ o Jefferson Capital Systems LLC,    PO Box 7999,    Saint Cloud MN 56302-7999
515981222      +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 29 2020 00:20:42     Premier Bankcard, LLC,
                 c/ o Jefferson Capital Systems LLC,    PO Box 7999,    Saint Cloud MN 56302-7999
                                                                                              TOTAL: 22
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 28, 2020
                              Form ID: 148             Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Dana Taschner,    2029 Century Park East,    Suite 400,    Los Angeles, CA 90067-2905
aty*         +David Kuttles,    The Lanier Law Firm, PLLC,    126 East 56th Street,    6th Floor,
               New York, NY 10022-3087
515808376*    Midland Funding LLC,    2365 Northside Dr,    San Diego, CA  92108-2709
                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-6TT
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Robert P. Saltzman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-10TT
               dnj@pbslaw.org
              Ronald E. Norman    on behalf of Spec. Counsel Dana  Taschner ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Ronald E. Norman    on behalf of Debtor Deborah A. Matz ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Ronald E. Norman    on behalf of Spec. Counsel David  Kuttles ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Ronald E. Norman    on behalf of Spec. Counsel Lezzlie  Hornsby ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Ronald E. Norman    on behalf of Spec. Counsel Aimee  Wagstaff ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Steven P. Kelly    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as
               CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-10TT
               skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as
               CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-6TT
               skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              William Edward Miller    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT
               2014-10TT wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                          TOTAL: 12
```